✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 1 8 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Gayle.Helart@usdoj.gov
*Attorneys for Plaintiff*

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Drew Owen Browder,<br>Defendant. | No. CR-26-00966-PHX-JJT (ASB)<br>**REDACTED INDICTMENT**<br>VIO: 18 U.S.C. §§ 2252(a)(2), 2252(b)(1), and 2256 (Distributing Child Pornography) Count 1<br>18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2), and 2256 (Knowing Possession and Access With Intent View Child Pornography) Count 2<br>18 U.S.C. §§ 981 and 2253, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) (Forfeiture Provisions) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about November 7, 2025, in the District of Arizona, and elsewhere, the defendant, DREW OWEN BROWDER, knowingly distributed a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depiction was distributed using a means or facility of interstate or foreign commerce including via the communications application Telegram and had been mailed, shipped, and transported using a means and facility of interstate and

foreign commerce and in and affecting interstate and foreign commerce including by computer. Some of the files are listed below:

- video_2022-12-09_16-49.mp4
- 00173 (CCC + 24 + Bj.mp4
- Video_2022-10-17_23-05-58.mp4
- 1_491171479890231175.mp4
- 1_4911714798590231178.mp4
- video_5@07-11-2025_20-21-15.mp4
- video_6@07-11-2025_20-21-15.mp4
- video_13@07-11-2025_20-21-15.mp4
- VIDEO54E5701A.mp4
- video_15@07-11-2025_21-13-40.mp4
- video_16@07-11-2025_21-13-40.mp4
- video_19@07-11-2025_21-13-40.mp4
- IMG_1200.MP4
- video_25@07-11-2025_21-13-40.mp4

In violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256.

**COUNT 2**

On or between November 7, 2025 and January 3, 2026, in the District of Arizona and elsewhere, Defendant DREW OWEN BROWDER, knowingly possessed and accessed with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including via the communications application Telegram, and were produced using materials which have been mailed or so shipped or transported by any means including by computer. Some of the possessed files include:

- video_2022-12-09_16-49.mp4
- 00173 (CCC + 24 + Bj.mp4
- Video_2022-10-17_23-05-58.mp4
- 1_4911714798902311 75.mp4
- 1_4911714798590231178.mp4
- video_5@07-11-2025_20-21-15.mp4
- video_6@07-11-2025_20-21-15.mp4
- video_13@07-11-2025_20-21-15.mp4
- VIDEO54E5701A.mp4
- video_15@07-11-2025_21-13-40.mp4
- video_16@07-11-2025_21-13-40.mp4
- video_19@07-11-2025_21-13-40.mp4
- IMG_1200.MP4
- video_25@07-11-2025_21-13-40.mp4

All in violation of 18 United States Code, Sections 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2) and 2256.

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1 - 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 - 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such

offenses or any property traceable to such property, including digital devices seized by law enforcement on or about July 22, 2026.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,
(2) has been transferred or sold to, or deposited with, a third party,
(3) has been placed beyond the jurisdiction of the court,
(4) has been substantially diminished in value, or
(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: August 18, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
GAYLE L. HELART
Assistant U.S. Attorney