**U.S. Department of Justice**

United States Attorney
District of Arizona

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 1 8 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449

Main: (602) 514-7500
Main Fax: (602) 514-7693

August 18, 2026

Honorable Krissa M. Lanham
U.S. District Judge
Sandra Day O'Connor U.S. Courthouse, Suite 523
401 W. Washington Street, SPC 48
Phoenix, Arizona 85003

CR-26-00966-PHX-JJT (ASB)

Re: *United States v. Drew Owen Browder*
USAO No. 2026R08910
Court No.

Dear Judge Lanham:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that:

☐ A CONFLICT MAY EXIST

☐ The case or matter was in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division (**February 13, 2015, through June 2, 2024**).

☐ My review of the file indicates that you had direct involvement in this case or matter, including in an advisory capacity, while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona (**September 27, 2009, through June 2, 2024**).

☒ NO PROBABLE CONFLICT

☒ My review of the file and/or court docket indicates (1) you did not have direct involvement in this case or matter, and (2) the case or matter was not in the Appellate Division of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that division.

Sincerely,

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Gayle Helart

GAYLE HELART
Assistant United States Attorney

GH/im

U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449

Main: (602) 514-7500
Main Fax: (602) 514-7693

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 1 8 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

August 18, 2026

Honorable M. Bridget Minder
U.S. Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 321
401 W. Washington Street, SPC 12
Phoenix, Arizona 85003

CR-26-00966-PHX-JJT (ASB)

Re: *United States v. Drew Owen Browder*
USAO No. 2026R08910
Court No.

Dear Judge Minder:

This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that:

☐ A CONFLICT MAY EXIST

- ☐ The case or matter was in the National Security Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section (**June 1, 2025, through July 25, 2026**).

- ☐ My review of the file indicates that you had direct involvement in this case or matter, including in an advisory capacity, while you were serving as an Assistant United States Attorney in the United States Attorney's Office for the District of Arizona (**August 10, 2014, through July 25, 2026**).

☒ NO PROBABLE CONFLICT

- ☒ My review of the file and/or court docket indicates (1) you did not have direct involvement in this case or matter, and (2) the case or matter was not in the National Security Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section.

Sincerely,

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

Gayle Helart

GAYLE HELART
Assistant United States Attorney

GH/im