JON M. SANDS
Federal Public Defender
JOHN CHAMPAGNE # 029720
Assistant Federal Public Defender
250 North 7th Avenue, Suite 600
Phoenix, Arizona 85007
(602) 382-2700 voice
John_champagne@fd.org
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Drew Owen Browder,<br>Defendant. | No. CR-26-00966-PHX-JJT<br>**MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE PRETRIAL MOTIONS**<br>**(Second Request)**<br>**Trial set December 1. 2026** |

Defendant Drew Owen Browder, through undersigned counsel, hereby moves this Court to extend the time to file pretrial motions for a period of at least sixty (60) days from the current date of November 2, 2026, and for this Court to continue the trial date for a period of at least sixty (60) days from the current date of December 1, 2026.

Defendant requests additional time to review the discovery, investigate the case, prepare for trial, and render effective assistance of counsel to the defendant.

Defense counsel has contacted Assistant U.S. Attorney Gayle Helart of the contents of this motion, and the government has no objection to the requested continuances.

...

...

...

Excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: November 3, 2026.

JON M. SANDS
Federal Public Defender

*s/John Champagne*
JOHN CHAMPAGNE
Assistant Federal Public Defender
*Attorney for Defendant*